**Fill in this information to identify the case:**

Debtor 1 Mark Anthony Cirillo

Debtor 2

United States Bankruptcy Court for the: Central District of California

Case number : 25-16724

Official Form 410C13-NR

# Response to Trustee's Notice of Disbursements Made

12/25

**The claim holder must respond to the Trustee's Notice of Payments Made within 28 days after it was served. Rule 3002.1(g)(3).**

## Part 1: Mortgage Information

**Name of creditor:** **Wilmington Savings Fund Society, FSB, not in its individual capacity, but solely as owner trustee for CSMC 2018-RPL6 Trust as serviced by NewRez LLC d/b/a Shellpoint Mortgage Servicing**

**Court claim no.** (if known): **4**

**Last 4 digits** of any number you use to identify the debtor's account: **8152**

**Property Address:** **2640 Vineyard Avenue**
**Los Angeles, CA 90016**

## Part : 2 Arrearages

The total amount received to cure any arrearages as of the date of this response: $ 0.00 .

Check all that apply:
[x] The amount required to cure any prepetition arrearage has been paid in full.
[ ] The amount required to cure the prepetition arrearage has not been paid in full. Amount of prepetition arrearage remaining unpaid as of the date of this response: $ _________________.
[ ] The amount required to cure any postpetition arrearage has been paid in full.
[ ] The amount required to cure the postpetition arrearage has not been paid in full. Amount of postpetition arrearage remaining unpaid as of the date of this response: $ _________________.

## Part 3: Postpetition Payment

***the loan has been paid in full**

*(a) Check all that apply:*

[x] The debtor is current on all postpetition payments, including all fees, charges, expenses, escrow, and costs.

[ ] The debtor is not current on all postpetition payments. The claim holder asserts that the debtor is obligated for the postpetition payment(s) that first became due on: ____/_____/______.

[ ] The debtor has fees, charges, expenses, negative escrow amounts, or costs due and owing.

(b) The claim holder attaches a payoff statement and provides the following information as of the date of this response

| | |
|---|---|
| i. Date last payment was received on the mortgage: | ___/___/_____ |
| ii. Date next postpetition payment from the debtor is due: | ___/___/_____ |
| iii. Amount of the next postpetition payment that is due: | $ |
| iv. Unpaid principal balance of the loan: | $ |
| v. Additional amounts due for any deferred or accrued interest: | $ |
| vi. Balance of the escrow account: | $ |
| vii. Balance of unapplied funds or funds held in a suspense account: | $ |
| viii. Total amount of fees, charges, expenses, negative escrow amounts, or costs remaining unpaid: | $ |

Debtor 1 Mark Anthony Cirillo (First Name / Middle Name / Last Name) Case number (if known) 25-16724

## Part 4: Itemized Payment History

If the claim holder disagrees that the prepetition arrearage has been paid in full, states that the debtor is not current on all postpetition payments, or states that fees, charges, expenses, escrow, and costs are due and owing, it must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- ☐ all prepetition and postpetition payments received;
- ☐ the application of all payments received;
- ☐ all fees, costs, escrow, and expenses that the claim holder asserts are recoverable against the debtor or the debtor's principal residence; and
- ☐ all amounts the claim holder contends remain unpaid.

## Part 5: Sign Here

**The person completing this response must sign it. Check the appropriate box:**

*Check the appropriate box:*

[ ] I am the claim holder.

[X] I am the claim holder's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

x /s/ Christopher Giacinto Date 06-09-2026
Signature

Name Christopher Giacinto
First Name Middle Name Last Name

Title Authorized Agent for Creditor

Company Padgett Law Group
Identify the corporate servicer as the company if the authorized agent is a servicer

Address 6267 Old Water Oak Road, Suite 203
Number Street

Tallahassee FL, 32312
City State ZIP Code

Contact phone (850) 422-2520 Email plginquiries@padgettlawgroup.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**LOS ANGELES DIVISION**

**In Re;**

| | |
|---|---|
| **Mark Anthony Cirillo** | **Case No.: 25-16724** |
| **Debtor(s)** | **Chapter: 13** |

**CERTIFICATE OF SERVICE**

I, hereby certify that on 06/09/2026, a true and correct copy of the foregoing document was served via United States Mail with adequate prepaid postage and/or electronically via the Court's ECF system:

Service by U.S. First Class Mail

Debtor
Mark Anthony Cirillo
PO Box 78697
Los Angeles, CA 90016

By Electronic Mail

Attorney for Debtor
Benjamin Heston
Nexus Bankruptcy
3090 Bristol Street #400
Costa Mesa, CA 92626

Trustee
Nancy K Curry (TR)
1000 Wilshire Blvd., Suite 870
Los Angeles, CA 90017

US Trustee
United States Trustee (LA)
915 Wilshire Blvd, Suite 1850
Los Angeles, CA 90017

/s/ Christopher Giacinto