United States Bankruptcy Court

Central District of California

In re:  
Mark Anthony Cirillo  
    Debtor

Case No. 25-16724-WB  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0973-2      User: admin      Page 1 of 2  
Date Rcvd: Aug 05, 2025      Form ID: van131      Total Noticed: 7

The following symbols are used throughout this certificate:  
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 07, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Mark Anthony Cirillo, 2640 Vineyard Ave, Los Angeles, CA 90016-2928 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: itcdbg@edd.ca.gov | Aug 06 2025 01:02:00 | Employment Development Dept., Bankruptcy Group MIC 92E, P.O. Box 826880, Sacramento, CA 94280-0001 |
| smg | | Email/Text: BKBNCNotices@ftb.ca.gov | Aug 06 2025 01:02:00 | Franchise Tax Board, Bankruptcy Section MS: A-340, P.O. Box 2952, Sacramento, CA 95812-2952 |
| smg | | Email/Text: finance.bankruptcy@lacity.org | Aug 06 2025 01:01:00 | Los Angeles City Clerk, P.O. Box 53200, Los Angeles, CA 90053-0200 |
| 42606746 | | Email/PDF: ais.chase.ebn@aisinfo.com | Aug 06 2025 01:04:41 | Chase Home Loans, Mail Code LA4-6475, 700 Kansas Ln, Monroe, LA 71203-4774 |
| 42606747 | + | Email/Text: enotifications@santanderconsumerusa.com | Aug 06 2025 01:02:00 | Santander Consumer USA, PO Box 961245, Fort Worth, TX 76161-0244 |
| 42606748 | | Email/Text: mtgbk@shellpointmtg.com | Aug 06 2025 01:02:00 | Shellpoint Mortgage Servicing, PO Box 10826, Greenville, SC 29603-0826 |

TOTAL: 6

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.  
NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 07, 2025      Signature:      /s/Gustava Winters

| District/off: 0973-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Aug 05, 2025 | Form ID: van131 | Total Noticed: 7 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 5, 2025 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|
| Benjamin Heston | on behalf of Debtor Mark Anthony Cirillo bhestonecf@gmail.com  benheston@recap.email,NexusBankruptcy@jubileebk.net |
| Nancy K Curry (TR) | TrusteeECFMail@gmail.com |
| United States Trustee (LA) | ustpregion16.la.ecf@usdoj.gov |

TOTAL: 3

## United States Bankruptcy Court
## Central District of California

255 East Temple Street, Los Angeles, CA 90012

# NOTICE OF NON−ENTITLEMENT TO DISCHARGE
# PURSUANT TO 11 U.S.C. SECTION 1328(f)(1) OR 1328(f)(2)

**DEBTOR(S) INFORMATION:**
Mark Anthony Cirillo
**SSN:** xxx−xx−9349
**EIN:** N/A

2640 Vineyard Ave
Los Angeles, CA 90016

**BANKRUPTCY NO.** 2:25−bk−16724−WB
**CHAPTER** 13

To the Debtor(s), Debtor(s)' Attorney (if any), and Other Interested Parties:

It appears that a discharge has been granted to the above−named Debtor(s) under 11 U.S.C. Section 727, 11 U.S.C. Section 1141, or 11 U.S.C. Section 1228 in a case commenced during one of the time periods specified in section 1328(f)(1) or 1328(f)(2). Therefore, as that discharge has not been vacated, the debtor(s) is not eligible for a discharge in the above−captioned case.

Debtor previously received a discharge under Chapter 7
2:24−19377 WB

Dated: August 5, 2025

By The Court,

**Kathleen J. Campbell**
Clerk of Court

(Form van131 − nond13 10/06 rev. 04/2022)

**5 / NV**