| | |
|---|---|
| Genail M. Nemovi, Esq.<br>California Bar No. 236834<br>NEMOVI LAW GROUP, APC<br>2173 Salk Ave., Suite 250<br>Carlsbad, CA 92008<br>(760) 585-7077 Main<br>(760) 890-1377 Fax<br>gmn@nemovilawgroup.com | Honorable Julia W. Brand<br>Chapter 13 |

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES**

| | |
|---|---|
| In re:<br><br>Mark Anthony Cirillo,<br><br><br>Debtor. | Case No.: 2:25-bk-16724-WB<br><br>Chapter 13<br><br>**NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE BY JPMORGAN CHASE BANK, NATIONAL ASSOCIATION** |

**PLEASE TAKE NOTICE** that Genail M. Nemovi of the Nemovi Law Group, APC hereby enters her appearance as attorney of record for JPMorgan Chase Bank, N.A., a creditor herein ("Chase") pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure. Further, notice is requested that copies of all pleadings, notices, lists, schedules and statements required by Rule 2002, or otherwise by order of the Bankruptcy Court, be sent to the following address:

**Genail M. Nemovi**
NEMOVI LAW GROUP, APC
2173 Salk Avenue, Suite 250
Carlsbad, CA 92008
(760) 585-7077 Main
(760) 890-1377 Fax
ecfnotify@nemovilawgroup.com

**PLEASE TAKE FURTHER NOTICE** that such notices shall include notices by mail, electronic mail, hand delivery, telephone, facsimile transmission or any other means of transmission, and include without limitation, any motion for the appointment of a trustee, or

conversion or dismissal of the case, Chapter 13 plan, modifications or amendments to a plan and any matters relating to any sale of property or for financing under Section 364, and the assumption or rejection of executory contracts under Section 365.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance and Request for Special Notice (this "Notice") nor any later appearance, pleading, proof of claim, claim or suite shall constitute a waiver of (i) the right to have final orders in non-core and other matters entered only after de novo review by a District Judge, (ii) the right to a trial by jury in any proceedings related hereto or any related case, controversy, or proceeding, (iii) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv) any objection to the jurisdiction of this Bankruptcy Court for any purpose other than with respect to this Notice, or (v) any other rights, claims, actions, defenses, setoffs, or recoupments as appropriate, in law or in equity, under any agreements, all of which rights, claims, actions, defenses, setoffs and recoupments are hereby expressly reserved.

Dated: August 11, 2025                                NEMOVI LAW GROUP, APC


By: _/s/ Genail M. Nemovi_____
    Genail M. Nemovi
    Attorney for Creditor
    JPMorgan Chase Bank, N.A.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: **2173 SALK AVE., SUITE 250, CARLSBAD, CA 92008.**

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE BY JPMORGAN CHASE BANK, NATIONAL ASSOCIATION**

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **August 11, 2025**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

| *Attorney for Debtor*<br>Benjamin Heston<br>Nexus Bankruptcy<br>3090 Bristol Street #400<br>Costa Mesa, CA 92626<br>Email: bhestonecf@gmail.com<br>benheston@recap.email,NexusBankruptcy@jubileebk.net | **Chapter 13 Trustee**<br>Nancy K Curry<br>1000 Wilshire Blvd., Suite 870<br>Los Angeles, CA 90017<br>TrusteeECFMail@gmail.com |
|---|---|
| **U.S. Trustee**<br>United States Trustee (LA)<br>915 Wilshire Blvd, Suite 1850<br>Los Angeles, CA 90017<br>ustpregion16.la.ecf@usdoj.gov | |

2. **SERVED BY UNITED STATES MAIL**:
On **August 11, 2025**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**Debtor**
Mark Anthony Cirillo
2640 Vineyard Ave
Los Angeles, CA 9001b

☐ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 08/11/205 | Kim Duke | /s/ Kim Duke |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**