Certificate Number: 14912-CAC-DE-040053925

Bankruptcy Case Number: 25-16724



14912-CAC-DE-040053925

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>September 4, 2025</u>, at <u>2:59</u> o'clock <u>PM EDT</u>, <u>Mark Cirillo</u> completed a course on personal financial management given <u>by internet</u> by <u>001 Debtoredu LLC</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Central District of California</u>.

Date:  September 4, 2025            By:   /s/Jai Bhatt

                                    Name: Jai Bhatt

                                    Title: Counselor