# EXHIBIT "C"



[RECORDING REQUESTED BY
Fidelity National Title Insurance Company
c/o Trustee Corps

AND WHEN RECORDED MAIL TO ]

Indymac Federal Bank, FSB
888 E. Walnut Avenue
Pasadena, CA 91101

11/12/2009



*20091704811*

[Space above this line for recorder's use only]

Trustee Sale No ▮▮▮▮▮   Loan No. ▮▮▮▮▮   Title Order No ▮▮▮▮▮

# ASSIGNMENT OF DEED OF TRUST

FOR VALUE RECEIVED, the undersigned hereby grants, assigns and transfers to **ONEWEST BANK, F.S.B.** all beneficial interest under that certain Deed of Trust dated **12/06/2007**, executed by **MARK A CIRILLO A SINGLE MAN**, as Trustor, to **LSI TITLE CO**, as Trustee; and **Recorded on 12/14/2007 as Document No. 20072747703** of official records in the Office of the County Recorder of **Los Angeles** County, **California**, real property described as follows:

LOT 14 OF TRACT 4831 IN THE CITY OF LOS ANGELES, COUNTY OF LOS ANGELES STATE OF CALIFORNIA, AS SHOWN ON MAP FILED IN BOOK 54, PAGE 90 OF MAPS IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.
EXCEPT: THE EAST 84 FEET THEREOF.

TOGETHER with the note or notes therein described and secured thereby, the money due and to become due thereon, with interest, and all rights accrued or to accrue under said Deed of Trust including the right to have reconveyed, in whole or in part, the real property described therein.

Dated: 9·4·09

6A

3

Trustee Sale No. [redacted]
Loan No [redacted]
Title Ord [redacted]

Beneficiary:

**MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.**

By: Suchan Murray    Authorized Signatory

STATE OF  Texas
COUNTY OF  Travis

On  9.4.09  before me,  Anna Ramsey AER (Anna Elizabeth Ramsey) , a notary public, personally appeared  Suchan Murray  who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of  Texas  that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

_Anna Ramsey_
Notary Public in and for said County and State

[Notary Seal: ANNA ELIZABETH RAMSEY, Notary Public, State of Texas, My Commission Expires 12-15-2009]

2

**This page is part of your document - DO NOT DISCARD**



**20131514989**

Recorded/Filed in Official Records
Recorder's Office, Los Angeles County,
California

10/23/13 AT 08:04AM

Pages: 0002

| | |
|---|---:|
| FEES: | 18.00 |
| TAXES: | 0.00 |
| OTHER: | 0.00 |
| PAID: | 18.00 |

**LEADSHEET**

SEQ:
37

DAR - Mail (Hard Copy)

**THIS FORM IS NOT TO BE DUPLICATED**

[RECORDING REQUESTED BY]
NATIONWIDE TITLE CLEARING, INC.

[AND WHEN RECORDED MAIL TO]
One West Bank, FSB
C/O NTC 2100 Alt. 19 North
Palm Harbor, FL 34683

Loan No
Mips Loa
New Serv
Investor



## CORPORATE ASSIGNMENT OF DEED OF TRUST

FOR GOOD AND VALUABLE CONSIDERATION, the sufficiency of which is hereby acknowledged, the undersigned, ONEWEST BANK, FSB, WHOSE ADDRESS IS 888 E. WALNUT STREET, PASADENA, CA, 91101, (ASSIGNOR), by these presents does convey, grant, assign, transfer and set over the described Deed of Trust, without recourse, representation or warranty, together with all rights, title and interest secured thereby, all liens, and any rights due or to become due thereon to OCWEN LOAN SERVICING, LLC, WHOSE ADDRESS IS 3451 HAMMOND AVENUE, WATERLOO, IA 50702 (319)236-5291, ITS SUCCESSORS AND ASSIGNS, (ASSIGNEE).

Said Deed of Trust made by MARK A. CIRILLO and recorded on 12/14/2007 as Instrument # 20072747703, in Book , Page in the office of the LOS ANGELES County Recorder, CA.

Dated on OCT 0 8 2013 (MM/DD/YYYY)
ONEWEST BANK, FSB

By: _____
Wendy Traxler, First Vice President

### ACKNOWLEDGEMENT

STATE OF TEXAS
COUNTY OF TRAVIS
Before me, a Notary Public, on OCT 0 8 2013 (MM/DD/YYYY), personally appeared Wendy Traxler, First Vice President, known to me to be the person whose name is subscribed to the foregoing instrument and acknowledged to me that he/she/they executed the same for the purposes and consideration therein expressed.

_____
Carla A. Hardin
Notary Public - State of TEXAS
Commission expires: 7-11-2015

CARLA A. HARDIN
Notary Public, State of Texas
My Commission Expires
July 11, 2015

Document Prepared By: E.Lance/NTC, 2100 Alt. 19 North, Palm Harbor, FL 34683 (800)346-9152
OWBA

**This page is part of your document - DO NOT DISCARD**



**20160457501**

Pages: 0002

Recorded/Filed in Official Records
Recorder's Office, Los Angeles County,
California

04/22/16 AT 11:22AM

| | |
|---|---|
| FEES: | 18.00 |
| TAXES: | 0.00 |
| OTHER: | 0.00 |
| PAID: | 18.00 |



SEQ:
01

SECURE - Daily

**THIS FORM IS NOT TO BE DUPLICATED**

E535543

394586120

[RECORDING REQUESTED BY]
NATIONWIDE TITLE CLEARING, INC.
[AND WHEN RECORDED MAIL TO]
Nationstar Mortgage LLC
C/O Nationwide Title Clearing, Inc.
2100 Alt. 19 North
Palm Harbor, FL 34683

## CORPORATE ASSIGNMENT OF DEED OF TRUST

FOR GOOD AND VALUABLE CONSIDERATION, the sufficiency of which is hereby acknowledged, the undersigned, OCWEN LOAN SERVICING, LLC, WHOSE ADDRESS IS C/O NATIONSTAR MORTGAGE LLC, 8950 CYPRESS WATERS BLVD., COPPELL, TX 75019, (ASSIGNOR), by these presents does convey, grant, assign, transfer and set over the described Deed of Trust, without recourse, representation or warranty, together with all rights, title and interest secured thereby, all liens, and any rights due or to become due thereon to NATIONSTAR MORTGAGE LLC, A DELAWARE LIMITED LIABILITY COMPANY, WHOSE ADDRESS IS C/O NATIONSTAR MORTGAGE LLC, 8950 CYPRESS WATERS BLVD., COPPELL, TX 75019 (469)549-2000, ITS SUCCESSORS AND ASSIGNS, (ASSIGNEE).

Said Deed of Trust made by **MARK A. CIRILLO** and recorded on 12/14/2007 as **Instrument # 20072747703** in the office of the **LOS ANGELES** County Recorder, **CA**.

IN WITNESS WHEREOF, this Assignment is executed **this 20th day of April in the year 2016**

OCWEN LOAN SERVICING, LLC, by NATIONSTAR MORTGAGE LLC, its Attorney-in-Fact

*[signature]*
HEATHER LEIBOWITZ
Vice President of Loan Documentation

All persons whose signatures appear above have qualified authority to sign and have reviewed this document and supporting documentation prior to signing.

### ACKNOWLEDGEMENT

STATE OF FLORIDA
COUNTY OF PINELLAS

The foregoing instrument was acknowledged before me on this 20th day of April in the year 2016, by Heather Leibowitz as Vice President of Loan Documentation of NATIONSTAR MORTGAGE LLC as Attorney-in-Fact for OCWEN LOAN SERVICING, LLC, who, as such Vice President of Loan Documentation being authorized to do so, executed the foregoing instrument for the purposes therein contained. He/she/they is (are) personally known to me.

*[signature]*
NICOLE BALDWIN
COMM EXPIRES: 08/05/2016

Nicole Baldwin
Notary Public State of Florida
My Commission #
Expires August 5, 2016

Document Prepared By: E.Lance/NTC, 2100 Alt. 19 North, Palm Harbor, FL 34683 (800)346-9152

**This page is part of your document - DO NOT DISCARD**



**20181316296**

Pages: 0002

Recorded/Filed in Official Records
Recorder's Office, Los Angeles County,
California

**12/28/18 AT 01:26PM**

| | |
|---|---:|
| FEES: | 20.00 |
| TAXES: | 0.00 |
| OTHER: | 0.00 |
| SB2: | 75.00 |
| PAID: | 95.00 |



LEADSHEET

SEQ:
01

DAR - Mail (Intake)

**THIS FORM IS NOT TO BE DUPLICATED**

E649473



[RECORDING REQUESTED BY]
NATIONWIDE TITLE CLEARING, INC.

[AND WHEN RECORDED MAIL TO]
Fannie Mae
C/O Nationwide Title Clearing, Inc.
2100 Alt. 19 North
Palm Harbor, FL 34683

CS Loan Number
FNMA Loan Nu
NTC Loan ID

## CORPORATE ASSIGNMENT OF DEED OF TRUST

Regarding this instrument, contact New Penn Financial, LLC d/b/a Shellpoint Mortgage Servicing, 75 Beattie Place, Suite 300, Greenville, South Carolina 29601, telephone # 1-800-365-7107, who is responsible for receiving payments.

FOR GOOD AND VALUABLE CONSIDERATION, the sufficiency of which is hereby acknowledged, the undersigned, NATIONSTAR MORTGAGE LLC, WHOSE ADDRESS IS 8950 CYPRESS WATERS BLVD., COPPELL, TX 75019, (ASSIGNOR), by these presents does convey, grant, assign, transfer and set over the described Deed of Trust, representation or warranty, together with all rights, title and interest secured thereby, all liens, and any rights due or to become due thereon to WILMINGTON SAVINGS FUND SOCIETY, FSB, D/B/A CHRISTIANA TRUST, AS OWNER TRUSTEE ON BEHALF OF CSMC 2018-RPL6 TRUST, WHOSE ADDRESS IS 500 DELAWARE AVENUE, 11TH FLOOR, ATTENTION: CSMC 2018-RPL6, WILMINGTON, DE 19801, ITS SUCCESSORS AND ASSIGNS, (ASSIGNEE).

Said Deed of Trust made by MARK A. CIRILLO and recorded on 12/14/2007 as Instrument # 20072747703 in the office of the LOS ANGELES County Recorder, CA.

Dated on 12/18/2018 (MM/DD/YYYY)
NATIONSTAR MORTGAGE LLC

By: _____
Susan Schotsch
Vice President of Loan Documentation

All persons whose signatures appear above have qualified authority to sign and have reviewed this document and supporting documentation prior to signing.

### ACKNOWLEDGEMENT

STATE OF FLORIDA
COUNTY OF PINELLAS
The foregoing instrument was acknowledged before me on 12/18/2018 (MM/DD/YYYY), by Susan Schotsch as Vice President of Loan Documentation of NATIONSTAR MORTGAGE LLC, who, as such Vice President of Loan Documentation being authorized to do so, executed the foregoing instrument for the purposes therein contained. He/she/they is (are) personally known to me.

_____
Alyssa Say GG249609
Notary Public - State of FLORIDA
Commission expires: 10/02/2022

ALYSSA SAY
NOTARY PUBLIC
STATE OF FLORIDA
COMM#
EXPIRES: 10/2/2022

Document Prepared By: Dave LaRose/NTC, 2100 Alt. 19 North, Palm Harbor, FL 34683 (800)346-9152