**NEXUS BANKRUPTCY**
**BENJAMIN HESTON (297798)**
3090 Bristol Street #400
Costa Mesa, CA 92626
Tel: 949.312.1377
Fax: 949.288.2054
*ben@nexusbk.com*

Attorney for Debtor

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# LOS ANGELES DIVISION

| | |
|---|---|
| In re: | Case No: 2:25-bk-16724-WB |
| MARK ANTHONY CIRILLO, | Chapter 13 |
| Debtor. | **REPLY IN SUPPORT OF CONFIRMATION OF AMENDED CHAPTER 13 PLAN** |
| | **Hearing:**<br>Date: October 15, 2025<br>Time: 10:00 AM<br>Courtroom: 1375 |

Mark Anthony Cirillo, the Debtor in the above-captioned case ("Debtor"), hereby submits this reply to the objections to confirmation of his Chapter 13 Plan as follows:

### I. AMENDED PLAN

Concurrently with this Reply, the Debtor has filed a First Amended Chapter 13 Plan. The Amended Plan resolves the objections filed by NewRez and Chase regarding their pre-petition arrearage amounts by providing for their claims in full.

### II. SALE OF RESIDENCE

The sale is not speculative. The Debtor has taken concrete steps to effectuate the sale, including retaining a real estate agent to market the property. The Debtor is also making arrangements for when he will have to vacate the property. To further demonstrate his good faith and provide adequate protection to his secured creditor, Debtor's counsel has reached out to

counsel for NewRez to discuss the terms and timeline of the sale. As a show of good faith and to assuage any concerns of delay, the Debtor has offered a "drop dead" date, after which *in rem* relief from the automatic stay would be granted.

The sale of the property is a necessity to avoid extreme financial hardship. The Debtor works for Project Angel Food, a nonprofit organization that prepares and delivers meals to people debilitated by serious illness, and his annual income is approximately $36,000. The Debtor has resided in this property for over twenty years, and it represents his most significant asset, with approximately $500,000 in equity. While a Chapter 7 discharge received last year relieved the Debtor of his unsecured debts, it did not cure his other financial woes. The loss of this home through foreclosure would be irreparably devastating. An orderly sale through the Chapter 13 process is the only feasible way for the Debtor to satisfy his creditors while preserving the equity he has built over two decades.

### III. CONCLUSION

The Debtor is taking concrete and proactive steps to address the concerns of all parties, including amending the Plan to correct arrearage amounts and providing a definitive timeline and remedy for secured creditors via a proposed "drop-dead" date for the sale. The Trustee's remaining objections concern minor procedural issues that have been or will be cured prior to the confirmation hearing. The Debtor respectfully requests that the Court overrule the remaining objections and confirm the Debtor's Plan. In the alternative, the Debtor requests that the Court continue the confirmation hearing for 60 to 90 days to allow the sale to proceed.

Respectfully submitted,

**NEXUS BANKRUPTCY**

Date: October 8, 2025

/s/Benjamin Heston
BENJAMIN HESTON,
Attorney for Debtor

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

**3090 Bristol Street #400
Costa Mesa, CA 92626**

A true and correct copy of the foregoing document entitled (*specify*): **REPLY IN SUPPORT OF CONFIRMATION OF AMENDED CHAPTER 13 PLAN** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:
Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 10/8/2025, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Nancy K Curry (TR)    inquiries@trusteecurry.com, TrusteeECFMail@gmail.com
Christopher Giacinto    PLG@ecf.courtdrive.com, PLG@ecf.courtdrive.com
Genail Nemovi    ecfnotify@nemovilawgroup.com
Jacqueline D Serrao    jds@cabkgroup.com, attorneygary@gmail.com,BNK@idealawgroupllc.com
United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 10/8/2025 I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Judge Julia W. Brand
255 E. Temple Street
Suite 1382 / Courtroom 1375
Los Angeles, CA 90012

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**
Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed (state method for each person or entity served):

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 10/8/2025 | Benjamin Heston | /s/Benjamin Heston |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**