IDEA Law Group, PC
Jacqueline D. Serrao, SBN 266389
California Debt Collection License No.11455-99
4530 S. Eastern Avenue – Suite 10
Las Vegas, NV 89119
Phone: 877-353-2146
Email: jserrao@idealawgroupllc.com
BNK@idealawgroupllc.com
Attorney for Creditor

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>Mark Anthony Cirillo,<br><br>Debtor(s). | Case No.   2:25-bk-16724-WB<br>Chapter:   13<br><br>**NOTICE OF WITHDRAWAL OF CREDITOR'S OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN**<br>Date:   October 15, 2025<br>Time:   10:00 A.M.<br>Courtroom:   1375<br><br>United States Bankruptcy Court<br>255 E Temple St., Los Angeles, CA 90012<br><br>Judge: The Honorable Julia W. Brand |

NewRez LLC *d/b/a* Shellpoint Mortgage Servicing as servicer for Wilmington Savings Fund Society, FSB, not in its individual capacity, but solely as owner trustee for CSMC 2018-RPL6 ("Creditor" herein) hereby withdraws its instant Objection to Confirmation of Plan previously filed on September 9, 2025 [Docket No. 19] in the above-referenced bankruptcy proceeding without prejudice.

//

//

1

Dated: October 9, 2025                                    Respectfully submitted,

                                                      */s/ Jacqueline D. Serrao*
Jacqueline D. Serrao, SBN 266389
California Debt Collection License No.11455-99
DEA Law Group, PC
4530 S. Eastern Avenue – Suite 10
Las Vegas, NV 89119
Telephone: 877-353-2146
Email: jserrao@idealawgroupllc.com
BNK@idealawgroupllc.com
Attorney for Creditor

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

4530 S. Eastern Ave. Ste 10, Las Vegas, NV 89119

A true and correct copy of the foregoing document entitled (*specify*): _____
NOTICE OF WITHDRAWAL OF CREDITOR OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN
_____

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 10/9/2025, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Nancy K Curry (TR)    inquiries@trusteecurry.com, TrusteeECFMail@gmail.com
Christopher Giacinto    PLG@ecf.courtdrive.com, PLG@ecf.courtdrive.com
Benjamin Heston    bhestonecf@gmail.com, benheston@recap.email,NexusBankruptcy@jubileebk.net
Genail Nemovi    ecfnotify@nemovilawgroup.com
Jacqueline D Serrao    jds@cabkgroup.com, attorneygary@gmail.com,BNK@idealawgroupllc.com
United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov    ☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 10/9/2025, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Mark Anthony Cirillo
2640 Vineyard Ave
Los Angeles, CA 90016
Debtor

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 10/9/2025 | Meki Mataiumu | /s/ Meki Mataiumu |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**