Genail M. Nemovi, Esq.                        Honorable Julia W. Brand
California Bar No. 236834                      Chapter 13
NEMOVI LAW GROUP, APC
2173 Salk Ave., Suite 250
Carlsbad, CA 92008
(760) 585-7077 Main
(760) 890-1377 Fax
ecfnotify@nemovilawgroup.com

Attorney for Creditor
JPMorgan Chase Bank, National Association

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES

| | |
|---|---|
| In re:<br><br>MARK ANTHONY CIRILLO,<br><br><br>Debtor. | Case No.: 2:25-bk-16724-WB<br><br>Chapter 13<br><br>**JPMORGAN CHASE BANK, NATIONAL ASSOCIATION'S O**BJECTION TO CONFIRMATION OF PLAN**<br><br>**SUBJECT PROPERTY:**<br>2640 Vineyard Ave.<br>Los Angeles, CA 90016<br><br>**CONFIRMATION HEARING**<br>Date: October 15, 2025<br>Time: 10:00 a.m. |

JPMorgan Chase Bank, National Association ("Chase") hereby withdraws its Objection

to Confirmation of Plan previously filed on September 24, 2025 [Docket No. 20] in the above-

referenced bankruptcy proceeding without prejudice.

Dated: September 24, 2025                    **NEMOVI LAW GROUP, APC**


                                             By:  /s/ Genail M. Nemovi
                                             GENAIL M. NEMOVI
                                             Attorney for Creditor

1

**JPMORGAN CHASE BANK, NATIONAL ASSOCIATION'S AMENDED OBJECTION TO CONFIRMATION OF PLAN**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: **2173 SALK AVE., SUITE 250, CARLSBAD, CA 92008.**

A TRUE AND CORRECT COPY OF THE FOREGOING DOCUMENT ENTITLED (*SPECIFY*): **JPMORGAN CHASE BANK, NATIONAL ASSOCIATION'S AMENDED OBJECTION TO CONFIRMATION OF PLAN**

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **October 23, 2025**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Nancy K Curry (TR)**    inquiries@trusteecurry.com, TrusteeECFMail@gmail.com
- **Christopher Giacinto**    PLG@ecf.courtdrive.com, PLG@ecf.courtdrive.com
- **Benjamin Heston**    bhestonecf@gmail.com, benheston@recap.email,NexusBankruptcy@jubileebk.net
- **Jacqueline D Serrao**    jds@cabkgroup.com, attorneygary@gmail.com,BNK@idealawgroupllc.com
- **United States Trustee (LA)**    ustpregion16.la.ecf@usdoj.gov

**2. SERVED BY UNITED STATES MAIL**:
On **October 23, 2025**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Mark Anthony Cirillo, 2640 Vineyard Ave., Los Angeles, CA 90016

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| October 23, 2025 | Kim Duke | /s/ Kim Duke |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**