| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>Nancy Curry, Chapter 13 Trustee<br>1000 Wilshire Boulevard, Suite 870<br>Los Angeles, California 90017<br>Tel: (213) 689-3014<br><br><br>Chapter 13 Trustee | FOR COURT USE ONLY |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br><br>MARK ANTHONY CIRILLO;<br><br><br><br>Debtor(s). | CASE NO.: 2:25-bk-16724-WB<br>CHAPTER: 13<br><br>**TRUSTEE'S COMMENTS OR OBJECTION**<br><br>[No Hearing Required] |
|---|---|

**TRUSTEE'S COMMENTS ON OR OBJECTION TO:**

☐ **DEBTOR'S MOTION TO MODIFY PLAN OR SUSPEND PLAN PAYMENTS**
☐ **DEBTOR'S MOTION FOR AUTHORITY TO INCUR DEBT**
☐ **DEBTOR'S MOTION FOR AUTHORITY TO REFINANCE REAL PROPERTY**
☒ **DEBTOR'S MOTION FOR AUTHORITY TO SELL REAL PROPERTY**
☐ **OTHER:** _____

_____

The undersigned Chapter 13 trustee, having reviewed Debtor's motion filed on  01/29/2026  as docket entry number  29    , recommends:

☐ APPROVAL

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*                                           Page 1          **F 3015-1.13.TRUSTEE.COMMENT.GENRL**

☒ APPROVAL on the following conditions:

Inclusion of the language in the attached sheet in the order approving the motion.

☒ See attached sheet.

☐ DISAPPROVAL for the following reasons:

☐ See attached sheet.

☐ Set for hearing.

Date: 02/06/2026

/s/ Sean O'Hair, Attorney for Nancy Curry
Chapter 13 trustee

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*          Page 2          **F 3015-1.13.TRUSTEE.COMMENT.GENRL**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

1000 WILSHIRE BLVD, SUITE 870, LOS ANGELES, CA 90017

A true and correct copy of the foregoing document entitled: **TRUSTEE'S COMMENTS OR OBJECTION:** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 02/06/2026, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

   Benjamin Heston
   on behalf of Debtor Mark Anthony Cirillo bhestonecf@gmail.com
   benheston@recap.email,NexusBankruptcy@jubileebk.net
   United States Trustee (LA) ustpregion16.la.ecf@usdoj.gov

   ☐ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

   ☐ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

   ☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 02/06/2026 | Carlos Robles | /s/ Carlos Robles |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012    Page 3    **F 3015-1.13.TRUSTEE.COMMENT.GENRL**

# ATTACHMENT

The Chapter 13 Trustee ("Trustee") recommends approval of the Motion on the following terms:

No disbursement out of escrow shall occur until the Trustee submits a demand into escrow. The Trustee will not submit an escrow demand before the expiration of the claims bar date.

The Trustee recommends approval of the Motion for escrow to pay only the lien(s) listed in the Estimated Closing Statement attached to the Motion and usual and customary escrow fees and charges.

Pursuant to Debtor's plan, arrears to the secured creditors were to be paid by the Trustee. By agreement between the Debtor and the Trustee, and to simplify the recording of documents, escrow shall disburse the balance of the secured proofs of claim the arrears, on behalf of the Trustee. The Trustee is authorized to include her statutory fee for this disbursement of arrears in her escrow demand.

Upon review of the final closing statement, the Trustee is authorized to take her statutory fee on any payments made by escrow for any impaired claim that should have been provided for through the plan.

The Trustee is authorized to make a demand for up to all net proceeds to be disbursed to Debtors to pay up to 100% of the general unsecured creditors in accordance with the Motion and Debtor's plan. The Chapter 13 Trustee reserves the right to demand additional funds as necessary upon review of the Claims Register on file with the Clerk of the Bankruptcy Court.

The Court shall retain jurisdiction as to all funds and property of the estate from this sale until further order(s) of this Court and all funds and property of the estate do not revest in the Debtor pursuant to 11 U.S.C. § 349(b)(3).

Upon the Trustee's final audit of Debtor(s)' case, all remaining funds, if any, will be refunded to the Debtor(s).

Debtor(s) must submit a certified copy of the final closing statement of the sale to the Trustee.

EXHIBIT A