United States Bankruptcy Court
Central District of California

In re:                                                                                                          Case No. 25-16724-WB
Mark Anthony Cirillo                                                                                Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0973-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Feb 10, 2026 | Form ID: pdf042 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 12, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Mark Anthony Cirillo, 2640 Vineyard Ave, Los Angeles, CA 90016-2928 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 12, 2026      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 10, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Benjamin Heston | on behalf of Debtor Mark Anthony Cirillo bhestonecf@gmail.com benheston@recap.email,NexusBankruptcy@jubileebk.net |
| Christopher Giacinto | on behalf of Creditor Wilmington Savings Fund Society  FSB, not in its individual capacity, but solely as owner trustee for CSMC 2018-RPL6 Trust PLG@ecf.courtdrive.com, PLG@ecf.courtdrive.com |
| Genail Nemovi | on behalf of Creditor JPMorgan Chase Bank  National Association ecfnotify@nemovilawgroup.com |
| Jacqueline D Serrao | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing as servicer for Wilmington Savings Fund Society  FSB, not in its individual capacity, but solely as owner trustee for CSMC 2018-RPL6 Trust jds@cabkgroup.com, attorneygary@gmail.com,BNK@idealawgroupllc.com |
| Nancy K Curry (TR) | inquiries@trusteecurry.com TrusteeECFMail@gmail.com |

District/off: 0973-2                                    User: admin                                         Page 2 of 2
Date Rcvd: Feb 10, 2026                        Form ID: pdf042                                 Total Noticed: 1

United States Trustee (LA)
                        ustpregion16.la.ecf@usdoj.gov

TOTAL: 6

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>**NEXUS BANKRUPTCY**<br>**Benjamin Heston (297798)**<br>3090 Bristol Street #400<br>Costa Mesa, CA 92626<br>Tel: 949.312.1377<br>Fax: 949.288.2054<br>*ben@nexusbk.com* | FOR COURT USE ONLY<br><br>**FILED & ENTERED**<br><br>**FEB 10 2026**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY gonzalez DEPUTY CLERK**<br><br>**CHANGES MADE BY COURT** |
|---|---|
| ☐ *Debtor appearing without attorney*<br>☒ Attorney for: **Debtor**<br>☐ *Chapter 13 trustee* | |

| **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION** ||
|---|---|
| In re:<br><br>MARK ANTHONY CIRILLO, | CASE NO.: **2:25-bk-16724-WB**<br>CHAPTER: 13 |
| | **ORDER ON:**<br>☐ **DEBTOR'S MOTION TO MODIFY PLAN OR SUSPEND PLAN PAYMENTS**<br>☐ **DEBTOR'S MOTION FOR AUTHORITY TO REFINANCE REAL PROPERTY**<br>☒ **DEBTOR'S MOTION FOR AUTHORITY TO SELL REAL PROPERTY**<br>☐ **DEBTOR'S MOTION FOR AUTHORITY TO ENTER INTO LOAN MODIFICATION**<br>☐ **OTHER:** |
| | ☒ No hearing held<br>☐ Hearing held<br>DATE:<br>TIME:<br>COURTROOM:<br>PLACE: |
| Debtor(s). | |

Based on Debtor's motion filed on (*date*) **1/29/2026** as docket entry number **29** and the recommendation of the chapter 13 trustee, it is ordered that Debtor's motion is:

☒ ~~Granted~~     ☐ ~~Denied~~

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*                                    Page 1                            **F 3015-1.14.ORDER.CH13.GENRL**

☒ Granted on the terms set forth in the chapter 13 trustee's comments on or objection to Debtor's motion **(docket no. 30)**

☒ Granted on the following conditions:

No disbursement out of escrow shall occur until the Trustee submits a demand into escrow. The Trustee will not submit an escrow demand before the expiration of the claims bar date.

The Trustee recommends approval of the Motion for escrow to pay only the lien(s) listed in the Estimated Closing Statement attached to the Motion and usual and customary escrow fees and charges.

Pursuant to Debtor's plan, arrears to the secured creditors were to be paid by the Trustee. By agreement between the Debtor and the Trustee, and to simplify the recording of documents, escrow shall disburse the balance of the secured proofs of claim the arrears, on behalf of the Trustee. The Trustee is authorized to include her statutory fee for this disbursement of arrears in her escrow demand.

Upon review of the final closing statement, the Trustee is authorized to take her statutory fee on any payments made by escrow for any impaired claim that should have been provided for through the plan.

The Trustee is authorized to make a demand for up to all net proceeds to be disbursed to Debtors to pay up to 100% of the general unsecured creditors in accordance with the Motion and Debtor's plan. The Chapter 13 Trustee reserves the right to demand additional funds as necessary upon review of the Claims Register on file with the Clerk of the Bankruptcy Court.

The Court shall retain jurisdiction as to all funds and property of the estate from this sale until further order(s) of this Court and all funds and property of the estate do not revest in the Debtor pursuant to 11 U.S.C. § 349(b)(3).

Upon the Trustee's final audit of Debtor(s)' case, all remaining funds, if any, will be refunded to the Debtor(s).

Debtor(s) must submit a certified copy of the final closing statement of the sale to the Trustee.

☐ Set for hearing on (*date*) _____ at (*time*) _____.

###

Date: February 10, 2026

*[signature: Julia W Brand]*
Julia W. Brand
United States Bankruptcy Judge

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*                    Page 2                    **F 3015-1.14.ORDER.CH13.GENRL**