| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| NEXUS BANKRUPTCY<br>BENJAMIN HESTON (297798)<br>3090 Bristol Street #400<br>Costa Mesa, CA 92626<br>Tel: 949.312.1377<br>Fax: 949.288.2054<br>ben@nexusbk.com | |
| ☒ *Attorney for:* Debtor | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br><br>MARK ANTHONY CIRILLO,<br><br><br><br><br><br><br><br>Debtor(s). | CASE NO.: 2:25-bk-16724-WB<br>CHAPTER: 13<br><br>**NOTICE OF OBJECTION TO CLAIM**<br><br>DATE: 04/29/2026<br>TIME: 1:30 pm<br>COURTROOM: 1375<br>PLACE: 255 E Temple Street<br>           Los Angeles, CA 90012 |
|---|---|

1. TO *(specify claimant and claimant's counsel, if any)*: MIDLAND CREDIT MANAGEMENT, INC.

2. NOTICE IS HEREBY GIVEN that the undersigned has filed an objection to your Proof of Claim (Claim # 2 ) filed in the above referenced case. The Objection to Claim seeks to alter your rights by disallowing, reducing or modifying the claim based upon the grounds set forth in the objection, a copy of which is attached hereto and served herewith.

3. **Deadline for Opposition Papers**: You must file and serve a response to the Objection to Claim not later than 14 days prior to the hearing date set forth above.

   **IF YOU FAIL TO TIMELY RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

Date: 03/03/2026

Date Notice Mailed: 03/03/2026

Nexus Bankruptcy
Printed name of law firm

/s/Benjamin Heston
Signature

Benjamin Heston
Printed name of attorney for objector

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

**NEXUS BANKRUPTCY**
BENJAMIN HESTON (297798)
3090 Bristol Street #400
Costa Mesa, CA 92626
Tel: 949.312.1377
Fax: 949.288.2054
ben@nexusbk.com

Attorney for Debtor

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re: | Case No: 2:25-16724-WB |
| MARK ANTHONY CIRILLO, | Chapter 13 |
| Debtor. | **NOTICE OF HEARING AND OBJECTION TO CLAIM OF MIDLAND CREDIT MANAGEMENT, INC. (Claim 2)** |
| | **Hearing:**<br>Date:  April 29, 2026<br>Time:  1:30 PM<br>Courtroom: 1375 |

TO: MIDLAND CREDIT MANAGEMENT, INC., THE CHAPTER 13 TRUSTEE, AND OTHER INTERESTED PARTIES:

NOTICE IS HEREBY GIVEN that a hearing on Debtor's Objection to the Claim of MIDLAND CREDIT MANAGEMENT, INC. (hereinafter, "MIDLAND") has been set for April 29, 2026 at 1:30 PM in Courtroom 1375 of the above-captioned court.

If you wish to oppose the objection, you must file your formal written response with the Court and mail a copy to the attorney for the Debtor not less than 14 days prior to the date of the hearing in accordance with local Bankruptcy Rule 9013-1(1)(g). Papers not timely filed and served may be deemed consent to the granting of the objection without further notice of hearing.

## STATEMENT OF FACTS

A copy of the claim filed by MIDLAND (Claim No. 2) to which Debtor objects is attached hereto as Exhibit A.

The Debtor previously filed a voluntary Chapter 7 on November 17, 2024, Case No. 2:24-bk-19377-WB (the "Prior Chapter 7 Case"). The Debtor received a discharge in the Prior Chapter 7 Case on February 24, 2025. A true and correct copy of Debtor's discharge is attached as Exhibit B.

The claim filed by MIDLAND in the instant case is for a debt where the last transaction occurred on May 18, 2023. This date precedes the filing of the Prior Chapter 7 Case. As such, Claim No. 2 was a pre-petition debt that was discharged in the Prior Chapter 7 Case pursuant to the Order of Discharge entered on February 24, 2025.

## MEMORANDUM OF POINTS AND AUTHORITIES

Section 502(b)(1) provides in relevant part:

> **(b) …. if such objection to a claim is made, the court, after notice and a hearing, shall determine the amount of such claim in lawful currency of the United States as of the date of the filing of the petition, and shall allow such claim in such amount, except to the extent that—**
>
> **(1) such claim is unenforceable against the debtor and property of the debtor, under any agreement or applicable law for a reason other than because such claim is contingent or unmatured;**

A Chapter 7 discharge releases the debtor from all debts incurred prior to the petition date. Furthermore, 11 U.S.C. § 524(a)(2) provides that a discharge "operates as an injunction against the commencement or continuation of an action, the employment of process, or an act, to collect, recover or offset any such debt as a personal liability of the debtor."

Because the debt claimed by MIDLAND arose prior to the filing of the Debtor's Prior Chapter 7 Case on November 17, 2024, it was subject to the discharge entered in that case. A discharged debt is no longer a personal liability of the Debtor and is unenforceable under

applicable non-bankruptcy law. Therefore, the claim must be disallowed pursuant to 11 U.S.C. § 502(b)(1).

## CONCLUSION

For the reasons stated above, the claim is unenforceable against the Debtor and must be disallowed in its entirety. The Debtor respectfully requests that the Court sustain this objection and enter an order disallowing Claim No. 2 filed by MIDLAND.

Nexus Bankruptcy

Date: March 3, 2026

/s/Benjamin Heston
Benjamin Heston,
Attorney for Debtor

# DECLARATION OF MARK ANTHONY CIRILLO

I, Mark Anthony Cirillo, declare as follows:

1. I am the Debtor in this bankruptcy case. I have personal knowledge of all matters stated herein. On all matters stated on information and belief, I believe those allegations to be true. I could competently testify to the allegations contained herein.

2. I previously filed a Chapter 7 bankruptcy case in the Central District of California, Case No. 2:24-bk-19377-WB, on November 17, 2024. I received a discharge in that case on February 24, 2025.

3. I have reviewed Claim No. 2 filed by MIDLAND CREDIT MANAGEMENT, INC. This debt existed prior to the filing of my Chapter 7 bankruptcy in November 2024. I listed my debts in my prior case, and this debt was discharged along with my other dischargeable obligations.

4. I have also reviewed the exhibit attached to this objection and it appears to be true and accurate.

5. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: March 3, 2026

_____
MARK ANTHONY CIRILLO

# EXHIBIT A

| Fill in this information to identify the case: |
|---|
| Debtor 1 Mark Anthony Cirillo |
| Debtor 2 _____ (Spouse if filing) |
| United States Bankruptcy Court for the: Central District of California |
| Case Number 25-16724 |

Official Form 410

# Proof of Claim

04/25

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed.** That date is on the notice of bankruptcy (Form 309) that you received.

### Part 1: Identify the Claim

| | | |
|---|---|---|
| 1. Who is the current creditor? | Midland Credit Management, Inc. Name of the current creditor (the person or entity to be paid for this claim) Other names the creditor used with the debtor Citibank, N.A. / Double Cash | |
| 2. Has this claim been acquired from someone else? | ☐ No ☑ Yes. From whom? Citibank, N.A. | |
| 3. Where should notices and payments to the creditor be sent? Federal Rule of Bankruptcy Procedure (FRBP) 2002(g) | Where should notices to the creditor be sent? Midland Credit Management, Inc. Name PO Box 2037 Number     Street Warren      MI      48090 City        State    Zip Code Contact phone (877) 495-2902 Contact email bankruptcydm@mcmcg.com Uniform claim identifier (if you use one): __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ | Where should payments to the creditor be sent? (if different) _____ Name _____ Number     Street _____ City        State    Zip Code Contact phone _____ Contact email _____ |
| 4. Does this claim amend one already filed? | ☑ No ☐ Yes. Claim number on court claims registry (if known) _____ | Filed on _____ MM/DD/YYYY |
| 5. Do you know if anyone else has filed a proof of claim for this claim? | ☑ No ☐ Yes. Who made the earlier filing? _____ | |

Official Form 410                    Proof of Claim                    page 1

Part 2: Give Information About the Claim as of the Date the Case Was Filed

| | | |
|---|---|---|
| 6. | **Do you have any number you use to identify the debtor?** | ☐ No<br>☑ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: XXXXXXXXXXXX-1806 |
| 7. | **How much is the claim?** | $4,797.36   Does this amount include interest or other charges?<br>☐ No<br>☑ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A). |
| 8. | **What is the basis of the claim?** | Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.<br><br>Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).<br><br>Limit disclosing information that is entitled to privacy, such as health care information.<br><br>Revolving Credit/Services Rendered |
| 9. | **Is all or part of the claim secured?** | ☑ No<br>☐ Yes.   The claim is secured by a lien on property.<br><br>**Nature of the property:**<br>☐ Real estate.<br>   If the claim is secured by the debtor's principal residence, file a Mortgage Proof of Claim Attachment (Official Form 410-A) with this Proof of Claim.<br><br>☐ Motor vehicle<br>☐ Other. Describe: _____<br><br>**Basis for perfection:** _____<br>Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)<br><br>**Value of property:** $ _____<br>**Amount of the claim that is secured:** $ _____<br>**Amount of the claim that is unsecured:** $ _____ (The sum of the secured and unsecured amounts should match the amount in line 7.)<br><br>**Amount necessary to cure any default as of the date of the petition:** $ _____<br><br>**Annual Interest Rate** (when case was filed) _____%<br>☐ Fixed<br>☐ Variable |
| 10. | **Is this claim based on a lease?** | ☑ No<br>☐ Yes. **Amount necessary to cure any default as of the date of the petition.** $ _____ |
| 11. | **Is this claim subject to a right of setoff?** | ☑ No<br>☐ Yes. Identify the property: _____ |

Official Form 410                              **Proof of Claim**                              page 2

| 12. | Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)? | ☑ No<br>☐ Yes. *Check one:* | Amount entitled to priority |
|---|---|---|---|
| | A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $_____ |
| | | ☐ Up to $3,800* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $_____ |
| | | ☐ Wages, salaries, or commissions (up to $17,150*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $_____ |
| | | ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $_____ |
| | | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $_____ |
| | | ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies. | $_____ |

\* Amounts are subject to adjustment on 4/01/28 and every 3 years after that for cases begun on or after the date of adjustment.

## Part 3: Sign Below

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(3) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box:*

☐ I am the creditor.
☑ I am the creditor's attorney or authorized agent.
☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date  10/2/2025
                  MM/DD/YYYY

/s/ Michael Lombardo
_____
Signature

**Print the name of the person who is completing and signing this claim:**

Name        Michael Lombardo
            First Name          Middle Name          Last Name
Title       Bankruptcy Specialist
Company     Midland Credit Management, Inc.
            Identify the corporate servicer as the company if the authorized agent is a servicer.

Address     P O Box 2037
            Street Address
            Warren              MI              48090
            City                State           Zip Code
Contact phone  (877) 495-2902   Email  bankruptcydm@mcmcg.com

Official Form 410                    Proof of Claim                    page 3



**Midland Credit Management™**
an encore capital group company

PO Box 2037
Warren, MI 48090
Phone: 877-495-2902
Fax: 866-818-1718
Email: bankruptcydm@mcmcg.com

Reference No. 325979142

## Proof of Claim - Account Details

**Debtor(s)**
Mark Anthony Cirillo

**Account Holder(s)**
Mark Cirillo

**Account information**
Original Creditor Account Number: XXXXXXXXXXXX-1806
Account Open Date: 07/20/2021
Last Payment Date: 05/16/2023
Last Transaction Date: 05/18/2023
Creditor at Date of Last Transaction: Citibank, N.A.
Charge Off Date: 12/20/2023

**Creditor Information**
Current Creditor: Midland Credit Management, Inc.
Original Creditor: Citibank, N.A.
Purchased From: Citibank, N.A.

**Claim Breakdown**
| | |
|---|---:|
| Principal: | $3,797.36 |
| Interest: | $765.00 |
| Fees: | $235.00 |
| Adjustment: | $0.00 |

Total Claim Amount: $4,797.36

Midland Credit Management, Inc. ("Midland") acquired the balance on this claim as principal only. The above claim breakdown reflects the amount disclosed to Midland by the Seller that accrued prior to charge off and Midland's purchase of the account. If finance charges are listed above, this amount may include interest, fees, or other charges to the account prior to its acquisition by Midland. Midland has not added any interest, fees or other charges since its acquisition of the balance. If an "adjustment" is listed above, this amount reflects any reduction of the balance since charge off.

# EXHIBIT B

Case 2:25-bk-16724-WB    Doc 35    Filed 03/03/26    Entered 03/03/26 13:56:12    Desc
Main Document    Page 11 of 14

| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Mark Anthony Cirillo<br>First Name    Middle Name    Last Name | Social Security number or ITIN   xxx–xx–9349<br>EIN  _ _ – _ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN  _ _ _ _<br>EIN  _ _ – _ _ _ _ _ _ _ |
| United States Bankruptcy Court | Central District of California | |
| Case number: | 2:24–bk–19377–WB | |

## Order of Discharge – Chapter 7      12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Mark Anthony Cirillo

[include all names used by each debtor, including trade names, within the 8 years prior to the filing of the petition]

Debtor 1 Discharge Date: 2/24/25

**Dated:** 2/24/25

**By the court:**   Julia W. Brand
United States Bankruptcy Judge

---

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

14/AUTU

**For more information, see page 2 >**

Official Form 318–CACBdodb/CACodsc        **Order of Chapter 7 Discharge**        page 1

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for most taxes;

- ♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- ♦ debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- ♦ some debts which the debtors did not properly list;

- ♦ debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- ♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

**3090 Bristol Street #400**
**Costa Mesa, CA 92626**

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF OBJECTION TO CLAIM; NOTICE OF HEARING AND OBJECTION TO CLAIM OF MIDLAND CREDIT MANAGEMENT, INC. (CLAIM 2)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:
Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 3/3/2026, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Nancy K Curry (TR)    inquiries@trusteecurry.com, TrusteeECFMail@gmail.com
Christopher Giacinto    PLG@ecf.courtdrive.com, PLG@ecf.courtdrive.com
Sheryl K Ith    sith@cookseylaw.com
Genail Nemovi    ecfnotify@nemovilawgroup.com
Jacqueline D Serrao    jds@cabkgroup.com, attorneygary@gmail.com,BNK@idealawgroupllc.com
United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**:
On (*date*) 3/3/2026 I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Midland Credit Management, Inc.
PO Box 2037
Warren, MI 48090

☐ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**
Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed (state method for each person or entity served):

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 3/3/2026 | **Benjamin Heston** | /s/Benjamin Heston |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                          **F 9013-3.1.PROOF.SERVICE**