# United States Bankruptcy Court
## Central District of California
### Los Angeles
### Julia Brand, Presiding
### Courtroom 1375 Calendar

**Tuesday, March 17, 2026**                                                                 Hearing Room    1375

<u>10:00 AM</u>
**2:25-16724    Mark Anthony Cirillo**                                                                 **Chapter 13**

   **#2.00**    Motion for relief from the automatic stay [PP]

           SANTANDER BANK, N.A., AS SERVICER FOR SANTANDER CONSUMER
           USA INC
           V
           DEBTOR

                                   Docket        33

   **Tentative Ruling:**

           No opposition was filed.

           The motion is GRANTED pursuant to 11 U.S.C. § 362(d)(1) to permit
   movant, its successors, transferees and assigns, to enforce its remedies to
   repossess or otherwise obtain possession and dispose of its collateral
   pursuant to applicable law, and to use the proceeds from its disposition to
   satisfy its claim.  Movant may not pursue any deficiency claim against the
   debtor or property of the estate except by filing a proof of claim pursuant to 11
   U.S.C. § 501.  Movant is secured by a deed of trust encumbering the debtor's
   residence.  The debtor has failed to pay 6 post-petition payments.  This is
   cause to terminate the automatic stay.  <u>See</u> <u>Ellis v. Parr (In re Ellis)</u>, 60 B.R.
   432, 434-35 (9th Cir. BAP 1985).  **Appearances waived**.

           The 14-day period specified in FRBP 4001(a)(3) is waived.  **All other
   relief is denied.**

           The movant shall upload an appropriate order via the Court's LOU
   system.

| Party Information |
|---|

**<u>Debtor(s):</u>**

    Mark Anthony Cirillo                          Represented By
                                                   Benjamin  Heston

# United States Bankruptcy Court
## Central District of California
### Los Angeles
### Julia Brand, Presiding
### Courtroom 1375 Calendar

**Tuesday, March 17, 2026**                                                                        **Hearing Room        1375**

<u>10:00 AM</u>
**CONT...        Mark Anthony Cirillo**                                                                                    **Chapter 13**

   **<u>Movant(s):</u>**

     Santander Bank, N.A., as servicer                Represented By
                                        Sheryl K Ith

   **<u>Trustee(s):</u>**

     Nancy K Curry (TR)                                Pro Se