United States Bankruptcy Court

Central District of California

| In re: | Case No. 25-16724-WB |
|---|---|
| Mark Anthony Cirillo | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| District/off: 0973-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Apr 15, 2026 | Form ID: ntc13pln | Total Noticed: 13 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 17, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Mark Anthony Cirillo, PO Box 78697, Los Angeles, CA 90016-0697 |
| cr | + | JPMorgan Chase Bank, National Association, c/o Nemovi Law Group, APC, 2173 Salk Avenue, 250, Carlsbad, CA 92008 UNITED STATES 92008-7383 |
| cr | + | NewRez LLC d/b/a Shellpoint Mortgage Servicing as, c/o IDEA Law Group, PC, 4530 S. Eastern Avenue Suite 10, Las Vegas, NV 89119, UNITED STATES 89119-6181 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: itcdbg@edd.ca.gov | Apr 16 2026 01:03:00 | Employment Development Dept., Bankruptcy Group MIC 92E, P.O. Box 826880, Sacramento, CA 94280-0001 |
| smg | | Email/Text: BKBNCNotices@ftb.ca.gov | Apr 16 2026 01:04:00 | Franchise Tax Board, Bankruptcy Section MS: A-340, P.O. Box 2952, Sacramento, CA 95812-2952 |
| smg | | Email/Text: finance.bankruptcy@lacity.org | Apr 16 2026 01:02:00 | Los Angeles City Clerk, P.O. Box 53200, Los Angeles, CA 90053-0200 |
| 42606746 | | Email/PDF: ais.chase.ebn@aisinfo.com | Apr 16 2026 01:10:38 | Chase Home Loans, Mail Code LA4-6475, 700 Kansas Ln, Monroe, LA 71203-4774 |
| 42724313 | | Email/PDF: ais.chase.ebn@aisinfo.com | Apr 16 2026 01:11:04 | JPMorgan Chase Bank, National Association, Chase Records Center, Attn: Correspondence Mail, Mail Code LA4-5555, 700 Kansas Lane, Monroe LA 71203 |
| 42700775 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 16 2026 01:03:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 42619742 | + | Email/Text: enotifications@santanderconsumerusa.com | Apr 16 2026 01:03:00 | Santander Bank, N.A.; as, servicer for Santander Consumer USA Inc., P.O. Box 560284, Dallas, TX 75356-0284 |
| 42606747 | + | Email/Text: enotifications@santanderconsumerusa.com | Apr 16 2026 01:04:00 | Santander Consumer USA, PO Box 961245, Fort Worth, TX 76161-0244 |
| 42606748 | | Email/Text: mtgbk@shellpointmtg.com | Apr 16 2026 01:03:00 | Shellpoint Mortgage Servicing, PO Box 10826, Greenville, SC 29603-0826 |
| 42733454 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 16 2026 01:10:43 | Wilmington Savings Fund Society, FSB,, c/o NewRez LLC d/b/a Shellpoint Mortgage, PO Box 10826, Greenville, SC 29603-0826 |

TOTAL: 10

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|

| District/off: 0973-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Apr 15, 2026 | Form ID: ntc13pln | Total Noticed: 13 |

cr                     Santander Bank, N.A., as servicer for Santander Co
cr                     Wilmington Savings Fund Society, FSB, not in its i

TOTAL: 2 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 17, 2026                        Signature:         /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 15, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Benjamin Heston | on behalf of Debtor Mark Anthony Cirillo bhestonecf@gmail.com  benheston@recap.email,NexusBankruptcy@jubileebk.net |
| Christopher Giacinto | on behalf of Creditor Wilmington Savings Fund Society  FSB, not in its individual capacity, but solely as owner trustee for CSMC 2018-RPL6 Trust PLG@ecf.courtdrive.com, PLG@ecf.courtdrive.com |
| Genail Nemovi | on behalf of Creditor JPMorgan Chase Bank  National Association ecfnotify@nemovilawgroup.com |
| Jacqueline D Serrao | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing as servicer for Wilmington Savings Fund Society  FSB, not in its individual capacity, but solely as owner trustee for CSMC 2018-RPL6 Trust jds@cabkgroup.com, attorneygary@gmail.com,BNK@idealawgroupllc.com |
| Nancy K Curry (TR) | inquiries@trusteecurry.com  TrusteeECFMail@gmail.com |
| Sheryl K Ith | on behalf of Creditor Santander Bank  N.A., as servicer for Santander Consumer USA Inc. sith@cookseylaw.com |
| United States Trustee (LA) | ustpregion16.la.ecf@usdoj.gov |

TOTAL: 7

## United States Bankruptcy Court
## Central District of California

### 255 East Temple Street, Los Angeles, CA 90012

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

**DEBTOR(S) INFORMATION:**
Mark Anthony Cirillo
**SSN:** xxx–xx–9349
**EIN:** N/A

PO Box 78697
Los Angeles, CA 90016

**BANKRUPTCY NO.** 2:25–bk–16724–WB
**CHAPTER** 13

Notice is hereby given of the entry of an order of this Court confirming a chapter 13 plan. You may review the order and the plan itself at the bankruptcy clerk's office at the address listed above or online at https://pacer.uscourts.gov.

Dated: April 15, 2026

For The Court,

**Kathleen J. Campbell**
Clerk of Court

(Form ntc13pln – ncp13 v.12/20)

**47 / AUTU**