United States Bankruptcy Court

Central District of California

In re:                                                                            Case No. 25-16724-WB

Mark Anthony Cirillo                                                              Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-2                          User: admin                              Page 1 of 2

Date Rcvd: Apr 30, 2026                       Form ID: pdf042                           Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 02, 2026:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | + | Mark Anthony Cirillo, PO Box 78697, Los Angeles, CA 90016-0697 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 02, 2026                            Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 30, 2026 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Benjamin Heston | on behalf of Debtor Mark Anthony Cirillo bhestonecf@gmail.com  benheston@recap.email,NexusBankruptcy@jubileebk.net |
| Christopher Giacinto | on behalf of Creditor Wilmington Savings Fund Society  FSB, not in its individual capacity, but solely as owner trustee for CSMC 2018-RPL6 Trust PLG@ecf.courtdrive.com, PLG@ecf.courtdrive.com |
| Genail Nemovi | on behalf of Creditor JPMorgan Chase Bank  National Association ecfnotify@nemovilawgroup.com |
| Jacqueline D Serrao | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing as servicer for Wilmington Savings Fund Society  FSB, not in its individual capacity, but solely as owner trustee for CSMC 2018-RPL6 Trust jds@cabkgroup.com, attorneygary@gmail.com,BNK@idealawgroupllc.com |
| Nancy K Curry (TR) | inquiries@trusteecurry.com  TrusteeECFMail@gmail.com |

District/off: 0973-2                           User: admin                                          Page 2 of 2

Date Rcvd: Apr 30, 2026                         Form ID: pdf042                                    Total Noticed: 1

Sheryl K Ith

          on behalf of Creditor Santander Bank  N.A., as servicer for Santander Consumer USA Inc. sith@cookseylaw.com

United States Trustee (LA)

          ustpregion16.la.ecf@usdoj.gov

TOTAL: 7

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **NEXUS BANKRUPTCY**<br>**Benjamin Heston (297798)**<br>3090 Bristol Street #400<br>Costa Mesa, CA 92626<br>Tel: 949.312.1377<br>Fax: 949.288.2054<br>*ben@nexusbk.com*<br><br>☐ *Debtor(s) appearing without attorney*<br>☒ *Attorney for*: Debtor | **FILED & ENTERED**<br><br>APR 30 2026<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY gonzalez  DEPUTY CLERK** |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION**

| In re:<br><br>MARK ANTHONY CIRILLO,<br><br><br><br><br><br><br><br>Debtor(s). | CASE NO.: **2:25-bk-16724-WB**<br><br>CHAPTER: **13** |
|---|---|
| | **ORDER ON OBJECTIONS TO CLAIMS** |
| | DATE: April 29, 2026<br>TIME: 1:30 PM<br>COURTROOM: 1375<br>PLACE: 255 E. Temple Street<br>        Los Angeles, CA 90012 |

The Debtor or trustee having filed objections to certain claims, the court having considered the evidence and argument presented in support and in opposition to such objections, if any, and good cause appearing, the court makes the following ruling as to the objections to claims:

*(NOTES FOR USE OF THIS FORM: List claims in ascending numerical order based upon the clerk's claim number.  Use a separate box below for each claim.  Attach as many continuation pages as are necessary.)*

---

Calendar Number: 28          Claim Number: 2          Claim Amount: $4,797.36

Claimant Name: Midland Credit Management

☒ Disallowed    ☐ Allowed    ☐ Unsecured: $          ☐ Priority: $

Comments:

---

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

| | | |
|---|---|---|
| Calendar Number: | Claim Number: | Claim Amount: $ |
| Claimant Name: | | |
| ☐ Disallowed   ☐ Allowed | ☐ Unsecured: $ | ☐ Priority: $ |
| Comments: | | |

| | | |
|---|---|---|
| Calendar Number: | Claim Number: | Claim Amount: $ |
| Claimant Name: | | |
| ☐ Disallowed   ☐ Allowed | ☐ Unsecured:$ | ☐ Priority: $ |
| Comments: | | |

### ###

Date: April 30, 2026

*Julia W Brand*

Julia W. Brand
United States Bankruptcy Judge

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*                    Page 2                    **F 3007-1.1.ORDER.OBJ.CLAIM**