UNITED STATES BANKRUPTCY COURT
Central District of California Los Angeles Division
Nancy Curry, Chapter 13 Standing Trustee

Page    1

BENJAMIN HESTON
NEXUS BANKRUPTCY
3090 BRISTOL STREET #400
COSTA MESA,CA 92626-

| | |
|---|---|
| Date | 05/08/2026 |
| Case Number | 2:25-bk-16724-WB |
| Bar Date | 10/14/2025 |

CIRILLO, MARK ANTHONY

P. O. BOX 78697
LOS ANGELES CA 90016

## NOTICE OF INTENT TO PAY CLAIMS

Notice is hereby given to the debtor and counsel, if any, that the Trustee will pay the claims listed below.  Any questions regarding this notice should be directed to the Trustee in writing at 1000 Wilshire Blvd., Suite 870, Los Angeles, CA  90017.

| | Creditor | Date Filed | Scheduled | Claim Amount | Pay % | Class |
|---|---|---|---|---|---|---|
| 201-0 | SANTANDER CONSUMER USA INC.<br><br>P.O. BOX 560284<br>DALLAS,TX 75356-0284 | 08/14/2025 | 0.00 | 4,773.69 | | Secure |
| 301-0 | WILMINGTON SAVINGS FUND SOCIET<br>C/O NEWREZ LLC DBA SHELLPOINT MTG<br>PO BOX 10826<br>GREENVILLE,SV 29603-0826 | 10/13/2025 | 58,344.00 | 58,213.58 | | Secure<br>Direct |
| 302-0 | JPMORGAN CHASE BANK, N.A.<br><br>3415 VISION DRIVE, OH4-7142<br>COLUMBUS,OH 43219- | 10/06/2025 | 6,965.00 | 6,964.68 | | Secure<br>Direct |
| 303-0 | WILMINGTON SAVINGS FUND SOCIET<br>C/O NEWREZ LLC DBA SHELLPOINT MTG<br>PO BOX 10826<br>GREENVILLE,SV 29603-0826 | 12/12/2025 | 0.00 | 1,550.00 | | Secure<br>Direct * |

Continued on Next Page

UNITED STATES BANKRUPTCY COURT
Central District of California Los Angeles Division
Nancy Curry, Chapter 13 Standing Trustee

Page   2

In RE:    CIRILLO, MARK ANTHONY                                    Case Number    2:25-bk-16724-WB   5/8/2026

| Creditor | Date Filed | Scheduled | Claim Amount | Pay % | Class |
|---|---|---|---|---|---|
| 401-0   MIDLAND CREDIT MANAGEMENT, INC | 10/02/2025 | 0.00 | 4,797.36 | 100.00 | Unsec Disallowed |
| P.O. BOX 2037 WARREN,MI 48090- | | | | | |
| 666-0   BENJAMIN HESTON NEXUS BANKRUPTCY 3090 BRISTOL STREET #400 COSTA MESA,CA 92626- | 08/19/2025 | 7,000.00 | 7,000.00 | | Legal |
| TRS-0   NANCY CURRY, TRUSTEE | | 0.00 | 1,197.08 | | Trustee |

| | Secured | Priority | Unsecured | Admin | Atty | Other |
|---|---|---|---|---|---|---|
| Debt To Be Paid | 4,773.69 | 0.00 | 0.00 | 1,197.08 | 6,000.00 | 0.00 |

Total To Be Paid                    11,970.77

/s/ Nancy Curry, Trustee

PROOF OF SERVICE
I declare that I am a citizen of the United States, over the age of 18 years and not a party
of the within action; That I am employed by NANCY CURRY, CHAPTER 13 STANDING TRUSTEE
and that on  5/8/2026 I served the within NOTICE OF INTENT TO PAY CLAIMS
on:   Debtor and                                  Debtors attorney.
by first class mail with postage fully prepaid thereon.

CIRILLO, MARK ANTHONY                          BENJAMIN HESTON
                                               NEXUS BANKRUPTCY
                                               3090 BRISTOL STREET #400
P. O. BOX 78697                                COSTA MESA CA 92626-
LOS ANGELES CA 90016

Executed at Los Angeles, California on 5/8/2026

/s/ Elizet Cash-Shelton