| Fill in this information to identify the case: |
| --- |

Debtor 1        CIRILLO, MARK ANTHONY

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the Central District of California
                                                                                                (State)

Case number        2:25-bk-16724-WB

---

Official Form 410C 13-N

**Trustee's Notice of Disbursements Made**                                                **12/25**

The trustee must file this notice in a chapter 13 case within 45 days after the debtor completes all payments due to the trustee.  Rule 3002.1(g)(1)

Part 1: **Mortgage Information**

Name of claim holder:    WILMINGTON SAVINGS FUND SOCIETY, FSB

Court Claim No. (if known):        4-1

Last 4 digits of any number you use to identify the debtor's account:        8152

Property address:            2640 VINEYARD AVE
                                            Number        Street

                                            LOS ANGELES, CA 90016
                                            City        State    Zip Code

Part 2:  **Statement of Completion**

The debtor has completed all payments due to the trustee under the chapter 13 plan.
A copy of the disbursement ledger for all payments to the claim may be accessed here:
https://www.trustee13.com/login.aspx?trustee=NC

*continued on second page*

**Part 3:  Arrearages**

| | |
|---|---|
| a.  Allowed amount of prepetition arrearages: | $58,213.58 |
| b.  Total amount of prepetition arrearage disbursed by the trustee: | $0.00* |
| c.  Total amount of postpetition arrearage disbursed by the trustee: | $0.00 |
| d.  Total amount of arrearages disbursed by the trustee: | $0.00 |

*PAID BY ESCROW

Part 4: **Postpetition Payments**

*Check one:*
☑ Postpetition payments are made by the debtor.
☐ Postpetition payments are paid through the trustee.
☐ Other: _____

**If the trustee has disbursed postpetition payments, complete a and b below; otherwise leave blank.**

a. Total amount of postpetition payments disbursed by the trustee as of date of notice: $ _____

b. The last ongoing mortgage payment disbursed by the trustee was the payment due on _____.
All subsequent ongoing mortgage payments must be made directly by the debtor to the mortgage claimant.

Part 5: **Postpetition Fees, Expenses, and Charges**

| | |
|---|---|
| Amount of postpetition fees, expenses, and charges disbursed by trustee: | $0.00* |

*PAID BY ESCROW

Part 6:  **A Response is Required by Bankruptcy Rule 3002.1(g)(3)**

**Within 28 days after service of this notice, the holder of the claim must file a response using Official Form 410C13-NR.**

Signature _Elzbeth Bash Shelton_                              Date   May 12, 2026

Trustee    Nancy K Curry
                First   Middle   Last

Address    1000 Wilshire Blvd., Suite 870
                Number    Street
                Los Angeles, CA  90017
                City        State      ZIP Code

Contact phone   (213) 689-3014                              Email:  inquiries@trusteecurry.com

In Re: CIRILLO, MARK ANTHONY
     Case No. LA 2:25-bk-16724-WB

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

     **Nancy K Curry**
     **Chapter 13 Standing Trustee**
     **1000 Wilshire Blvd., Suite 870**
     **Los Angeles, CA 90017**

The foregoing document described as **Trustee's Notice of Disbursements Made** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rules(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On May 12, 2026, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the following email address(es):

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served): On May 12, 2026, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**Debtor**
**CIRILLO, MARK ANTHONY**
**P. O. BOX 78697**
**LOS ANGELES, CA 90016**

**Attorney for Debtor**
**BENJAMIN HESTON**
**NEXUS BANKRUPTCY**
**3090 BRISTOL STREET #400**
**COSTA MESA, CA 92626-**

**Creditor**
**WILMINGTON SAVINGS FUND SOCIETY, FSB**
**C/O NEWREZ LLC DBA SHELLPOINT MORTGAGE SERVICING**
**P.O. BOX 10826; GREENVILLE, SC 29603-0826**

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R. CivP.5 and/or controlling LBR, on May 12, 2026, I served the following person(s) and/or entity(ies) by person delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| May 12, 2026 | Elizet Cash | /s/ Elizet Cash |
|---|---|---|
| Date | Type Name | Signature |