NANCY K. CURRY
CHAPTER 13 STANDING TRUSTEE
1000 WILSHIRE BLVD, SUITE 870
LOS ANGELES, CA 90017
Tel: (213)689-3014

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## LOS ANGELES DIVISION

| | |
|---|---|
| In re: | ) **CHAPTER 13** |
| | ) |
| | ) **CASE NO. LA 2:25-bk-16724-WB** |
| CIRILLO, MARK ANTHONY | ) |
| | ) **NOTICE OF INTENT TO FILE TRUSTEE'S** |
| | ) **FINAL REPORT AND ACCOUNT, OBTAIN** |
| | ) **DISCHARGE OF CHAPTER 13 TRUSTEE AND** |
| | ) **ORDER CLOSING CASE** |
| Debtor | ) |

NOTICE IS HEREBY GIVEN that Nancy K. Curry, Chapter 13 Standing Trustee in the above-captioned case, intends to file a Final Report and Account, a copy of which is attached to this notice; and

NOTICE IS FURTHER GIVEN that any party who wishes to object to the Final Report and Account of an allowed claim shall file and serve a written objection and request a hearing. Any objection shall be filed with the Court and served upon the Chapter 13 Trustee at the address set forth above, the debtor, the debtor's attorney, and the United States Trustee.

NOTICE IS FURTHER GIVEN that in the event no objection is filed within thirty (30) days after the date of this Notice, the Court will discharge the Trustee and close the case pursuant to 11 U.S.C. §350(a) and F.R.B.P., Rule 5009.

Failure to schedule a hearing and serve notice thereof shall be deemed a waiver/withdrawal of any objection, and the case will be closed accordingly. Filing a claim or amended claim does not constitute filing an "objection" for purposes of case closing. Contact your attorney for more information.

* Wherever applicable, the singular includes the plural. LBR 1001-2(b).

Executed on July 8, 2026                                        /S/ Nancy Curry

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

In re: CIRILLO, MARK ANTHONY          §          Case No. 2:25-bk-16724-WB
                                      §
                                      §
                                      §
            Debtor(s)                 §

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Nancy Curry, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1).  The Trustee declares as follows:

1) The case was filed on 08/05/2025.

2) The plan was confirmed on 03/25/2026.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C § 1329 on NA.

4) The Trustee filed action to remedy default by the debtor(s) in performance under the plan on NA.

5) The case was completed on 02/26/2026.

6) Number of months from filing or conversion to last payment: 6.

7) Number of months case was pending: 11.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $599,669.00.

10) Amount of unsecured claims discharged without full payment: $0.00.

11) All checks distributed by the Trustee relating to this case have cleared the bank.

UST Form 101-13-FR-S (9/1/2009)

<u>**Receipts:**</u>

| | | |
|---|---|---|
| Total paid by or on behalf of the debtor(s) | $ 31,793.00 | |
| Less amount refunded to debtor(s) | $ 22,613.70 | |
| **NET RECEIPTS** | | $ 9,179.30 |

<u>**Expenses of Administration:**</u>

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $ 6,000.00 |
| Court Costs | $ 0.00 |
| Trustee Expenses & Compensation | $ 3,179.30 |
| Other | $ 0.00 |

| | |
|---|---|
| **TOTAL EXPENSES OF ADMINISTRATION** | $ 9,179.30 |

| | |
|---|---|
| Attorney fees paid and disclosed by debtor(s): | $ 1,000.00 |

<u>**Scheduled Creditors:**</u>

| Creditor Name | Cla- | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| SANTANDER CONSUMER USA INC. | Sec | 0.00 | 4,773.69 | 0.00 | 0.00 | 0.00 |
| WILMINGTON SAVINGS FUND | Sec | 58,344.00 | 58,213.58 | 58,213.58 | 0.00 | 0.00 |
| JPMORGAN CHASE BANK, N.A. | Sec | 6,965.00 | 6,964.68 | 6,964.68 | 0.00 | 0.00 |
| WILMINGTON SAVINGS FUND | Sec | 0.00 | 1,550.00 | 1,550.00 | 0.00 | 0.00 |
| MIDLAND CREDIT MANAGEMENT, | Uns | 0.00 | 4,797.36 | 0.00 | 0.00 | 0.00 |
| BENJAMIN HESTON | Lgl | 7,000.00 | 7,000.00 | 7,000.00 | 6,000.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** |  |  |  |
| Mortgage Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| Mortgage Arrearage | $ 65,178.26 | $ 0.00 | $ 0.00 |
| Debt Secured by Vehicle | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Secured | $ 1,550.00 | $ 0.00 | $ 0.00 |
| **TOTAL SECURED:** | $ 66,728.26 | $ 0.00 | $ 0.00 |
| **Priority Unsecured Payments:** |  |  |  |
| Domestic Support Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Domestic Support Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Priority | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL PRIORITY:** | $ 0.00 | $ 0.00 | $ 0.00 |
| **GENERAL UNSECURED PAYMENTS:** | $ 0.00 | $ 0.00 | $ 0.00 |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $ 9,179.30 |
| Disbursements to Creditors | $ 0.00 |
| **TOTAL DISBURSEMENTS:** | $ 9,179.30 |

12)  The Trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the Trustee is responsible have been completed.  The Trustee requests a final decree be entered that discharges the Trustee and grants such other relief as may be just and proper.

Date:  07/08/2026          By:  /s Nancy Curry
                                Trustee

**STATEMENT:**   This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-13-FR-S (9/1/2009)

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

Nancy Curry, Chapter 13 Trustee
1000 Wilshire Blvd., Suite 870
Los Angeles, CA 90017

A true and correct copy of the foregoing document entitled (specify): **NOTICE OF INTENT TO FILE TRUSTEE'S FINAL REPORT AND ACCOUNT, OBTAIN DISCHARGE OF CHAPTER 13 TRUSTEE AND CLOSE CASE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On July 8, 2026, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL:**
On July 8, 2026, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addresses as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Debtor
CIRILLO, MARK ANTHONY

P. O. BOX 78697
LOS ANGELES, CA 90016

Attorney for Debtor
BENJAMIN HESTON

3090 BRISTOL STREET #400
COSTA MESA, CA 92626-

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**
(state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on July 8, 2026, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under laws of the United States that the foregoing is true and correct.

| July 8, 2026 | Elizet Cash-Shelton | /s/ Elizet Cash-Shelton |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                    **F 9013-3.1.PROOF.SERVICE**

2516724 WB
CIRILLO, MARK ANTHONY
P. O. BOX 78697
LOS ANGELES CA 90016

2516724 WB
WILMINGTON SAVINGS FUND SOCIETY, FSB
C/O NEWREZ LLC DBA SHELLPOINT MTG
PO BOX 10826
GREENVILLE SV 29603-0826

2516724 WB
WILMINGTON SAVINGS FUND SOCIETY, FSB
C/O NEWREZ LLC DBA SHELLPOINT MTG
PO BOX 10826
GREENVILLE SV 29603-0826

2516724 WB
BENJAMIN HESTON
NEXUS BANKRUPTCY
3090 BRISTOL STREET #400
COSTA MESA CA 92626-

2516724 WB
SANTANDER CONSUMER USA INC.
P.O. BOX 560284
DALLAS TX 75356-0284

2516724 WB
JPMORGAN CHASE BANK, N.A.
3415 VISION DRIVE, OH4-7142
COLUMBUS OH 43219-

2516724 WB
MIDLAND CREDIT MANAGEMENT, INC.
P.O. BOX 2037
WARREN MI 48090-