Nancy Curry, Chapter 13 Trustee
1000 Wilshire Boulevard, Suite 870
Los Angeles, CA 90017
Tel: (213) 689-3014

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**LOS ANGELES DIVISION**

| | |
|---|---|
| IN RE: | CHAPTER 13 |
| CIRILLO, MARK ANTHONY | Case No. 2:25-bk-16724-WB |
| | DECLARATION RE NON-RECEIPT OF OBJECTIONS TO TRUSTEE'S FINAL REPORT & ACCOUNT |
| Debtor | |

On July 8, 2026, this office served upon the interested parties a "Notice of Filing of Trustee's Final Report and Account." This office has not received any objections to the Trustee's Final Report and Account within the period permitted by Rule 5009, or at all.

**The debtor has completed payments under the terms of the confirmed plan and that no party in interest has objected to the "Notice of Filing of Trustee's Final Report and Account."**

I declare under penalty of perjury that the foregoing is true and complete to the best of my knowledge.

Executed at Los Angeles, CA on August 18, 2026.

/s/ Nancy Curry

## PROOF OF SERVICE

I declare under penalty of perjury that I am employed by Nancy Curry Chapter 13 Trustee; I am over 18 years of age, and I am not a party to this action. On August 18, 2026 I served the within Declaration Re Non-Receipt of Objection to Trustee's Final Report and Account thereon, the above Notice and attached Final Report and Account to the Following:

| DEBTOR | ATTORNEY |
|---|---|
| CIRILLO, MARK ANTHONY | BENJAMIN HESTON |
| | |
| P. O. BOX 78697 | 3090 BRISTOL STREET #400 |
| LOS ANGELES CA, 90016 | COSTA MESA, CA 92626- |

I declare under penalty of perjury that the foregoing is true and complete to the best of my knowledge.

Executed at Los Angeles, California on August 18, 2026.

/S/ Elizet Cash