United States Bankruptcy Court
Central District of California

In re:
Mark Anthony Cirillo
Debtor

Case No. 25-16724-WB
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0973-2 User: admin Page 1 of 2
Date Rcvd: Aug 19, 2026 Form ID: van111 Total Noticed: 13

The following symbols are used throughout this certificate:

| **Symbol** | **Definition** |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 21, 2026:**

| **Recip ID** | | **Recipient Name and Address** |
|---|---|---|
| db | + | Mark Anthony Cirillo, PO Box 78697, Los Angeles, CA 90016-0697 |
| cr | + | JPMorgan Chase Bank, National Association, c/o Nemovi Law Group, APC, 2173 Salk Avenue, 250, Carlsbad, CA 92008 UNITED STATES 92008-7383 |
| cr | + | NewRez LLC d/b/a Shellpoint Mortgage Servicing as, c/o IDEA Law Group, PC, 4530 S. Eastern Avenue Suite 10, Las Vegas, NV 89119, UNITED STATES 89119-6181 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| **Recip ID** | | **Notice Type: Email Address** | **Date/Time** | **Recipient Name and Address** |
|---|---|---|---|---|
| smg | | Email/Text: itcdbg@edd.ca.gov | Aug 20 2026 02:34:00 | Employment Development Dept., Bankruptcy Group MIC 92E, P.O. Box 826880, Sacramento, CA 94280-0001 |
| smg | | Email/Text: BKBNCNotices@ftb.ca.gov | Aug 20 2026 02:34:00 | Franchise Tax Board, Bankruptcy Section MS: A-340, P.O. Box 2952, Sacramento, CA 95812-2952 |
| smg | | Email/Text: finance.bankruptcy@lacity.org | Aug 20 2026 02:33:00 | Los Angeles City Clerk, P.O. Box 53200, Los Angeles, CA 90053-0200 |
| 42606746 | | Email/PDF: ais.chase.ebn@aisinfo.com | Aug 20 2026 02:38:58 | Chase Home Loans, Mail Code LA4-6475, 700 Kansas Ln, Monroe, LA 71203-4774 |
| 42724313 | | Email/PDF: ais.chase.ebn@aisinfo.com | Aug 20 2026 02:38:26 | JPMorgan Chase Bank, National Association, Chase Records Center, Attn: Correspondence Mail, Mail Code LA4-5555, 700 Kansas Lane, Monroe LA 71203 |
| 42700775 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 20 2026 02:34:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 42619742 | + | Email/Text: enotifications@santanderconsumerusa.com | Aug 20 2026 02:34:00 | Santander Bank, N.A.; as, servicer for Santander Consumer USA Inc., P.O. Box 560284, Dallas, TX 75356-0284 |
| 42606747 | + | Email/Text: enotifications@santanderconsumerusa.com | Aug 20 2026 02:34:00 | Santander Consumer USA, PO Box 961245, Fort Worth, TX 76161-0244 |
| 42606748 | | Email/Text: mtgbk@shellpointmtg.com | Aug 20 2026 02:33:00 | Shellpoint Mortgage Servicing, PO Box 10826, Greenville, SC 29603-0826 |
| 42733454 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 20 2026 02:38:48 | Wilmington Savings Fund Society, FSB,, c/o NewRez LLC d/b/a Shellpoint Mortgage, PO Box 10826, Greenville, SC 29603-0826 |

TOTAL: 10

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| **Recip ID** | **Bypass Reason** | **Name and Address** |
|---|---|---|

| | |
|---|---|
| cr | Santander Bank, N.A., as servicer for Santander Co |
| cr | Wilmington Savings Fund Society, FSB, not in its i |

TOTAL: 2 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 21, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 18, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Benjamin Heston | on behalf of Debtor Mark Anthony Cirillo bhestonecf@gmail.com benheston@recap.email,NexusBankruptcy@jubileebk.net |
| Christopher Giacinto | on behalf of Creditor Wilmington Savings Fund Society FSB, not in its individual capacity, but solely as owner trustee for CSMC 2018-RPL6 Trust PLG@ecf.courtdrive.com, PLG@ecf.courtdrive.com |
| Genail Nemovi | on behalf of Creditor JPMorgan Chase Bank National Association ecfnotify@nemovilawgroup.com |
| Jacqueline D Serrao | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing as servicer for Wilmington Savings Fund Society FSB, not in its individual capacity, but solely as owner trustee for CSMC 2018-RPL6 Trust jds@cabkgroup.com, attorneygary@gmail.com,BNK@idealawgroupllc.com |
| Nancy K Curry (TR) | inquiries@trusteecurry.com TrusteeECFMail@gmail.com |
| Sheryl K Ith | on behalf of Creditor Santander Bank N.A., as servicer for Santander Consumer USA Inc. sith@cookseylaw.com |
| United States Trustee (LA) | ustpregion16.la.ecf@usdoj.gov |

TOTAL: 7

# United States Bankruptcy Court
# Central District of California

**255 East Temple Street, Los Angeles, CA 90012**

## NOTICE OF REQUIREMENT TO FILE A DEBTOR'S CERTIFICATION OF COMPLIANCE UNDER 11 U.S.C. §1328(a) AND APPLICATION FOR ENTRY OF DISCHARGE

**DEBTOR(S) INFORMATION:**
Mark Anthony Cirillo
**SSN:** xxx−xx−9349
**EIN:** N/A

PO Box 78697
Los Angeles, CA 90016

**BANKRUPTCY NO.** 2:25−bk−16724−WB
**CHAPTER** 13

**TO DEBTOR(S) AND DEBTOR(S)' ATTORNEY**

Debtor(s) and/or debtor(s)' attorney is/are hereby notified that the debtor(s) must complete and file Debtor's Certification of Compliance under 11 U.S.C. § 1328(a) and Application For Entry of Discharge before a discharge can be entered in the above−captioned case. This form is available on the court's website at www.cacb.uscourts.gov.

Debtor(s) and /or debtor(s)' attorney is/are further notified that the Debtor's Certification of Compliance under 11 U.S.C. § 1328(a) and Application For Entry of Discharge must be filed within 30 days from the date of this notice. Failure to timely file the certification will result in the case being closed without an entry of discharge. If the debtor(s) subsequently file(s) a Motion to Reopen the case, the debtor(s) must pay the full reopening fee due for filing the motion.

Dated: August 18, 2026

BY THE COURT,
**Kathleen J. Campbell**
Clerk of Court